**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                          NO. 4:02cr00171-001 SWW

JABARI CUMMINS

### ORDER

The above entitled cause came on for hearing on petition to revoke the supervised released [doc #61] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of EIGHT (8) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant participate in non-residential substance abuse treatment during incarceration.

There will be no term of supervised release following the term of incarceration.

The defendant is ordered to report to the U. S. Marshal on December 1, 2008 by noon to begin the service of the sentence imposed.

IT IS SO ORDERED this 8th day of October 2008.

/s/Susan Webber Wright

United States District Judge